THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

    Plaintiff,
VS.

WALMART STORES, INC.,
WALMART.COM,
ALIEXPRESS,
MICHAELS STORES, INC.,
MSPCI,
WEGMANS FOOD MARKETS, INC.,
AMAZON.COM, INC.,
DIAMOND VISION INC.,
CURRENT MEDIA GROUP INC.;
and DOES 1 THROUGH 50

    Defendants.

Case No. 3:22-cv-1768

JURY TRIAL DEMANDED

JUDGE MALACHY E MANNION

FILED SCRANTON NOV 08 2022 PER ___ DEPUTY CLERK

## SUPPLEMENTED DISCLOSURE

Plaintiff failed to sign the docketed first amended complaint filed with the clerk on 11/7/22.

Attached please find a signed copy of the signature page for the first amended complaint.

/s/ David J. Catanzaro
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
Plaintiff *Pro Se*

affiliates, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

    A.    Issue a declaratory judgment stating that Defendants has infringed the '959 patent;

    B.    Order an award of damages adequate to compensate Plaintiff for the infringement that has occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with pre-judgment and post-judgment interest;

    C.    Issue a finding that Defendants acts of infringement have been willful and ordering an award of increased damages as provided by 35 U.S.C. § 284;

    D.    Order Defendants to pay plaintiff's reasonable attorney fees and costs of this action; and,

    E.    Order such other relief that Plaintiff is entitled to under law and any other further relief that this Court or jury may deem just and proper.

## VIII. JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues presented in this complaint.

Respectfully submitted,

*/s/ David J. Catanzaro*

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com