THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> VS. <br>      Plaintiff, <br><br> WALMART STORES, INC., <br> WALMART.COM, <br> ALIEXPRESS, <br> MICHAELS STORES, INC., <br> MSPCI, <br> WEGMANS FOOD MARKETS, INC., <br> AMAZON.COM, INC., <br> DIAMOND VISION INC., <br> CURRENT MEDIA GROUP INC.; <br> and DOES 1 THROUGH 50 <br><br>      Defendants. | Case No. 3:22-cv-1768 <br><br> JURY TRIAL DEMANDED <br><br> JUDGE MALACHY E MANNION <br><br> FILED <br> SCRANTON <br> NOV 1 4 2022 <br><br> PER _____ <br> DEPUTY CLERK |

**MOTION FOR LEAVE OF COURT**

Plaintiff asks this Honorable Court to allow him Leave of Court, to file a Second amended complaint in the above-captioned action to include current Defendants USimprints, Staples Promotional Products, Rakuten Americas, Price US Wholesale, Bonanza.com, Inc. and Wholesale In Motion Group, Inc. Plaintiff has not completed service on any of the Defendants and no Defendants has entered an appearance in the above-captioned action. Plaintiff further asks this Honorable Court to enter the attached First amended complaint along with its attachments.

                                                      **IT IS SO ORDERED:**

                                                      _____
                                                      HON. MALACHY E. MANNION
                                                      United States District Court Judge

*/s/ David J. Catanzaro*
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
Plaintiff *Pro Se*