THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

    VS.

     Plaintiff,

WALMART STORES, INC.,
WALMART.COM,
ALIEXPRESS,
MICHAELS STORES, INC.,
MSPCI,
WEGMANS FOOD MARKETS, INC.,
AMAZON.COM, INC.,
DIAMOND VISION INC.,
CURRENT MEDIA GROUP INC.;
and DOES 1 THROUGH 50

    Defendants.

Case No. 3:22-cv-1768

JURY TRIAL DEMANDED

JUDGE MALACHY E MANNION

FILED SCRANTON NOV 15 2022 PER ___ DEPUTY CLERK

## **MOTION TO STRIKE**

Plaintiff asks this Honorable Court to Strike the last entry (Doc. No. 11). Document Number 11 contains the above captioned case number which is the wrong case number for the documents entered.

*/s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: 570-936-9262
E-mail: davidjosephus@aol.com

**IT IS SO ORDERED:**

_____
HON. MALACHY E. MANNION
United States District Court Judge