THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff, <br> VS. <br><br> WALMART STORES, INC., <br> WALMART.COM, <br> ALIEXPRESS, <br> MICHAELS STORES, INC., <br> MSPCI, <br> WEGMANS FOOD MARKETS, INC., <br> AMAZON.COM, INC., <br> DIAMOND VISION INC., <br> CURRENT MEDIA GROUP INC.; <br> and DOES 1 THROUGH 50 <br><br> Defendants. | Case No. 3:22-cv-1768 <br><br><br> JURY TRIAL DEMANDED <br><br><br> JUDGE MALACHY E MANNION |

## MOTION FOR SECOND LEAVE OF COURT

Plaintiff asks this Honorable Court to allow him a second Motion for Leave of Court, to file a Third amended complaint in the above-captioned action. At this time, this Honorable Court has not yet ruled on Plaintiff First Motion for Leave of Court filed on Nov. 14th 2022 to amend his complaint a second time. Plaintiffs current motion asks this Honorable Court to allow him a second Motion for Leave of Court, to file a Third amended complaint in the above-captioned action to include all Defendants listed in Plaintiffs First Motion For Leave of Court, along with adding current Defendants Anypromo Inc. and DHGate. Plaintiff has not completed service on any of the Defendants and no Defendants has entered an appearance in the above-captioned action. Plaintiff further asks this Honorable Court to enter the attached Third amended complaint along with its attachments.

*[signature]*

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

**IT IS SO ORDERED:**

_____
HON. MALACHY E. MANNION
United States District Court Judge