THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>NOV 2 1 2022<br>PER _____<br>DEPUTY CLERK |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT DIAMOND VISIONS, INC. ONLY
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendant Diamond Visions Inc., identified in the caption as "Diamond Vision Inc.," hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Diamond Visions Inc. This Stipulation shall in no way affect Plaintiff's claims against any Defendant other than Diamond Visions Inc.

*/s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com