# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:22-cv-1768 |
| | ) |
| v. | ) JUDGE MALACHY E. MANNION |
| | ) |
| WALMART STORES, INC., WALMART.COM, ALIEXPRESS, MICHAELS STORES, INC., MSPCI, WEGMAN'S FOOD MARKETS, INC., AMAZON.COM, INC., CURRENT MEDIA GROUP INC., USIMPRINTS, STAPLES PROMOTIONAL PRODUCTS, RAKUTEN AMERICAS, PRICE US WHOLESALE, BONANZA.COM, INC., WHOLESALE IN MOTION GROUP, INC., ANYPROMO INC., DHGATE, and DOES 1 THROUGH 50. | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS MICHAELS STORES, INC. AND MICHAELS STORES PROCUREMENT COMPANY, INC.'S (MSPCI) FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Michaels Stores, Inc. hereby states that Michaels Funding, Inc. is the parent of Michaels Stores, Inc. and is 100% privately owned. Therefore, no publicly held corporation owns ten percent or more of the stock of Michaels Stores, Inc. Defendant Michaels Stores, Inc. is financially interested in the outcome of this matter.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Michaels Stores Procurement Company, Inc., a/k/a MSPCI, hereby states that The Michaels Companies, Inc. is the parent of Michaels Stores Procurement Company, Inc. and is 100% privately owned.  Therefore, no publicly held corporation owns ten percent or more of the stock of Michaels Stores Procurement Company,

-2-

Inc. Defendant Michaels Stores Procurement Company, Inc. is financially interested in the outcome of this matter.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | By: _/s/ David F. Russey_<br>David F. Russey<br>PA ID No. 84184 |
| | DENTONS COHEN & GRIGSBY P.C.<br>625 Liberty Avenue, Pittsburgh, PA  15222<br>Phone:  (412) 297-4900<br>Email:   david.russey@dentons.com |
| | Victor C. Johnson (*Pro Hac Vice Pending*)<br>Texas Bar No. 24029640<br>DENTONS US LLP<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201-1858<br>Phone:  (214) 259-0900<br>Email:  victor.johnson@dentons.com |
| Dated:  December 12, 2022 | Attorneys for Defendants Michaels Stores, Inc. and Michaels Stores Procurement Company, Inc. |

4251011.v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement for Defendants Michaels Stores, Inc. and Michaels Stores Procurement Company, Inc. was filed with the Court electronically on the 12th day of December, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          */s/ David F. Russey*