IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:22-cv-1768 |
| | ) |
| v. | ) JUDGE MALACHY E. MANNION |
| | ) |
| WALMART STORES, INC., WALMART.COM, ALIEXPRESS, MICHAELS STORES, INC., MSPCI, WEGMAN'S FOOD MARKETS, INC., AMAZON.COM, INC., CURRENT MEDIA GROUP INC., USIMPRINTS, STAPLES PROMOTIONAL PRODUCTS, RAKUTEN AMERICAS, PRICE US WHOLESALE, BONANZA.COM, INC., WHOLESALE IN MOTION GROUP, INC., ANYPROMO INC., DHGATE, and DOES 1 THROUGH 50. | ) |
| Defendants. | ) |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of David F. Russey and the law firm of Dentons Cohen & Grigsby P.C. on behalf of Defendant Michaels Stores Procurement Company, Inc. ("MSPCI") in the above-captioned action.

Respectfully Submitted,

By: */s/ David F. Russey*
David F. Russey
PA ID No. 84184

DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, Pittsburgh, PA 15222
Phone: (412) 297-4900
Email: david.russey@dentons.com

Attorneys for Defendants Michaels Stores, Inc. and Michaels Stores Procurement Company, Inc.

Dated: December 13, 2022

4251786.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance was filed with the Court electronically on the 13th day of December, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ David F. Russey*