THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>DEC 14 2022<br>PER _____ DEPUTY CLERK |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT WEGMANS FOOD MARKETS, INC. ONLY
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendant Wegmans Food Market Inc., hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Wegmans Food Market Inc. This Stipulation shall in no way affect Plaintiff's claims against any Defendant other than Wegmans Food Market Inc.

/s/ David J. Catanzaro
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com