UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID J. CATANZARO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-1768 |
| v. | : | (JUDGE MANNION) |
| **WALMART STORES, INC.,** *et al.*, | : | |
| Defendants | : | |

## O R D E R

Pending before the court are three (3) motions by the plaintiff: (1) a motion to file an amended complaint (Doc. 9); (2) a motion to strike his amended complaint (Doc. 12); and (3) a motion to file a second amended complaint (Doc. 13)[1].

Upon review of the plaintiff's filings, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion to file a second amended complaint **(Doc. 13)** is **GRANTED**.

**(2)** The Clerk of Court is directed to docket the plaintiff's proposed document **(Doc. 14)** as his second amended complaint.

---

[1] The plaintiff refers to his proposed filing as a "third amended complaint." However, the proposed document is, in fact, a second amended complaint.

**(3)** The plaintiff's motion to file an amended complaint **(Doc. 9)** and motion to strike his amended complaint **(Doc. 12)** are **DISMISSED AS MOOT**.

*s/ Malachy E. Mannion*
 **MALACHY E. MANNION**
 **United States District Judge**

**DATE: January 6, 2023**
22-1768-01