THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.,<br>USIMPRINTS,<br>STAPLES PROMOTIONAL PRODUCTS,<br>RAKUTEN AMERICAS,<br>PRICE US WHOLESALE,<br>BONANZA.COM, INC.,<br>WHOLESALE IN MOTION GROUP, INC.,<br>ANYPROMO INC.,<br>DHGATE;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>FEB 21 2023<br>PER_____<br>DEPUTY CLERK |

**STIPULATION FOR DISMISSAL OF
DEFENDANTS MICHAELS STORES, INC. AND MSPCI ONLY
PURSUANT TO FED. R. CIV. P. 41**

Plaintiff David J. Catanzaro and Defendants, Michaels Stores, Inc.

and Michaels Stores Procurement Company, Inc. identified in the caption as

"MSPCI," hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Michaels Stores, Inc. and Michaels Stores Procurement Company Inc. This Stipulation shall in no way affect Plaintiff's claims against any other Defendant other than Michaels Stores, Inc. and Michaels Stores Procurement Company Inc.

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com