<u>SPONSOR'S CERTIFICATE:</u>

I, David F. Russey, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) September (day) 11, (year) 2020. I have known the above petitioner for three months.

To my knowledge, the petitioner's moral character is as follows:

Outstanding

To my knowledge, the petitioner's educational background and experience are as follows:

Texas Tech University School of Law (2018)    University of Texas of the Permian Basin (2014)

Grove City College (2005)    Mr. Tuck's practice focuses on litigation, patent, trademark, and copyright infringement cases, handling a wide variety of issues through all stages of litigation.

I sponsor and recommend James Tuck for admission as a qualified attorney to practice before this court.

Office address:
David F. Russey
(sponsor)
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue
Pittsburgh, PA  15222

Telephone: (412) 297-4900

Attorney Bar I.D. Code No. 84184

**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

> I agree to subscribe to the above
> Code of Professional Conduct:
>
> /s/ David F. Russey
> _____
> Signature