THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-cv-1768 |
| ) | |
| v. ) | JUDGE MALACHY E. MANNION |
| ) | |
| WALMART STORES, INC., ) | |
| WALMART.COM, ALIEXPRESS, ) | |
| MICHAELS STORES, INC., MSPCI, ) | |
| WEGMAN'S FOOD MARKETS, INC., ) | |
| AMAZON.COM, INC., CURRENT MEDIA ) | |
| GROUP INC., USIMPRINTS, STAPLES ) | |
| PROMOTIONAL PRODUCTS, RAKUTEN ) | |
| AMERICAS, PRICE US WHOLESALE, ) | |
| BONANZA.COM, INC., WHOLESALE IN ) | |
| MOTION GROUP, INC., ANYPROMO ) | |
| INC., DHGATE, and DOES 1 THROUGH 50 ) | |
| ) | |
| Defendants. ) | |

**PETITION OF ATTORNEY JAMES D. TUCK**
**SEEKING TO PRACTICE IN THIS COURT**

I, James D. Tuck, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before the Court. In support of my petition, I state as follows:

My office address is: Dentons US LLP
200 McKinney Avenue
Suite 1900
Dallas, Texas 75201-1858
Office Telephone: (214) 259-1852
Texas Attorney ID: 24110454

I am admitted to practice before the following courts, and I am currently a member in good standing of all of those courts:

Court: State of Texas                                          Date Admitted: 11/02/2018
Court: United States District Court, Northern Texas            Date Admitted: 11/09/2018

Court: United States District Court, Southern Texas     Date Admitted: 06/22/2021
Court: United States District Court, Eastern Texas     Date Admitted: 05/10/2021
Court: United States District Court, Western Texas     Date Admitted: 03/30/2021

FOR COURT USE ONLY

___ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT: [signature] Date: 2/23/23

In further support of this petition, I make the following statements:

1. I have not, on any occasion, been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined, or disbarred by any court.

2. I have not, on any occasion, been held in contempt of court.

3. I do not have any disciplinary action, contempt, or other proceedings involving me pending before any court.

Pursuant to this petition, I am seeking special admission under LR 83.8.2.1. The basis for my admission under this rule is based on my familiarity with the factual background of this case and my involvement as counsel in other ongoing litigation for Michaels Stores, Inc and Michaels Stores Procurement Company, Inc., a/k/a MSPCI (collectively "Michaels"). Defendants Michaels have specifically requested that I join this case to represent their interests.

**NAME OF REPRESENTED PARTIES**: Michaels Stores, Inc. and Michaels Stores Procurement Company, Inc. a/k/a MSPCI

**CASE NUMBER**: 3:22-CV-1768