THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

       Plaintiff,

VS.

WALMART STORES, INC.,
WALMART.COM,
ALIEXPRESS,
MICHAELS STORES, INC.,
MSPCI,
WEGMANS FOOD MARKETS, INC.,
AMAZON.COM, INC.,
DIAMOND VISION INC.,
CURRENT MEDIA GROUP INC.,
USIMPRINTS,
STAPLES PROMOTIONAL PRODUCTS,
RAKUTEN AMERICAS,
PRICE US WHOLESALE,
BONANZA.COM, INC.,
WHOLESALE IN MOTION GROUP, INC.,
ANYPROMO INC.,
DHGATE;
and DOES 1 THROUGH 50

       Defendants.

Case No. 3:22-cv-1768

JUDGE MALACHY E MANNION

JURY TRIAL DEMANDED

FILED
SCRANTON
MAR 15 2023
PER _____
DEPUTY CLERK

## MOTION FOR FIRST EXTENSION OF TIME TO COMPLETE SERVICE

    Plaintiff David J. Catanzaro respectfully requests an additional 90 days to complete service on Defendants in this action. Plaintiff continues to suffer intense health issues which has led Plaintiff to taking new medications which continue to affect him physically and mentally.

Plaintiff further requests the additional 90 days not only to complete service, but also to continue to seek counsel for possible representation. Currently, Plaintiff has successfully resolved and dismissed Four of the named Defendants and it is anticipated that a Fifth Defendant will be dismissed in the near immediate future. It is also worthy for the court to note, that Plaintiff has actively and successfully resolved and dismissed Four other infringement lawsuits all filed in this district during the same time this action was filed. Based on all of the above, Plaintiff hereby asks this honorable court to allow him up to and including July 6th 2023 to complete service on Defendants.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com