THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-cv-1768 |
| v. | : |
| WALMART STORES, INC., *et al.*, | : (JUDGE MANNION) |
| Defendants | : |

## O R D E R

Pending before the court is the plaintiff's motion for a first extension of time to complete service. (Doc. 30). **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion for a first extension of time **(Doc. 30)** is **GRANTED.**

(2) The plaintiff shall complete service upon the defendants on or before **July 6, 2023.**


**MALACHY E. MANNION**
United States District Judge

**DATE:**