UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-1768 |
| v. | : | (JUDGE MANNION) |
| WALMART STORES, INC., *et al.*, | : | |
| Defendants | : | |

## O R D E R

Pending before the Court is Plaintiff's Motion for an Extension of Time to complete service. (Doc. 30). This matter has been pending since November 7, 2022. **IT IS HEREBY ORDERED THAT:**

1) The Plaintiff's Motion for an Extension of Time is **GRANTED**.

2) The Plaintiff shall complete service upon all Defendants on or before **July 6, 2023**. No further extensions of service will be granted.

*s/ Malachy E. Mannion*
 MALACHY E. MANNION
 United States District Judge

DATE: March 16, 2023
22-1768-02