THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania  18407<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.,<br>USIMPRINTS,<br>STAPLES PROMOTIONAL PRODUCTS,<br>RAKUTEN AMERICAS,<br>PRICE US WHOLESALE,<br>BONANZA.COM, INC.,<br>WHOLESALE IN MOTION GROUP, INC.,<br>ANYPROMO INC.,<br>DHGATE;<br> and DOES 1 THROUGH 50<br><br>Defendants. | Case No.  3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>JUN 09 2023<br>PER_____<br>DEPUTY CLERK |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT RAKUTEN AMERICAS ONLY
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendant, Rakuten Americas hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Rakuten Americas. This Stipulation shall in no way affect Plaintiff's claims against any other Defendant other than Rakuten Americas.

*[signature]*
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com