# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
|     Plaintiff | : | |
| | : | |
| vs. | : | (Honorable Judge |
| | : |  Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
|     Defendants | : | No. 3:22—CV-1768 |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of J. Timothy Hinton, Jr. and Haggerty Hinton & Cosgrove LLP for Defendant, Current Media Group LLC[1], in the above-referenced matter.

 

RESPECTFULLY SUBMITTED,
HAGGERTY HINTON & COSGROVE LLP

Date: June 30, 2023

By: /s/J. Timothy Hinton, Jr., Esq.
    J. Timothy Hinton, Jr., Esq.
    PA I.D. 61981
    1401 Monroe Ave., Suite 2
    Dunmore, PA 18509
    (570) 344-9845
    timhinton@haggertylaw.net
    Attorney for Defendant,
    Current Media Group LLC

---

[1] Plaintiff's Complaint incorrectly names Current Media Group Inc.

# CERTIFICATE OF SERVICE

I, J. Timothy Hinton, Jr., Esquire, here by certify that I have served a true and correct copy of the foregoing Entry of Appearance to all counsel of record in this matter by the court's Electronic Filing System.

> David J. Catanzaro
> 286 Upper Powderly Street
> Carbondale, PA 18407
> *Pro Se*

RESPECTFULLY SUBMITTED,
HAGGERTY HINTON & COSGROVE LLP

Date: June 30, 2023

By: /s/J. Timothy Hinton, Jr., Esq.
J. Timothy Hinton, Jr., Esq.
PA I.D. 61981
1401 Monroe Ave., Suite 2
Dunmore, PA 18509
(570) 344-9845
timhinton@haggertylaw.net
Attorney for Defendant,
Current Media Group LLC