## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO            :
    Plaintiff                 :        Jury Trial Demanded
                              :
    vs.                       :        (Honorable Judge
                              :        Malachy E. Mannion)
WALMART STORES, INC., et al.  :
    Defendants                :        No.  3:22-CV-1768

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## DEFENDANT CURRENT MEDIA GROUP LLC'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF NO. 23)

Defendant Current Media Group LLC[1] ("CMG" or "Defendant"), by and through their undersigned counsel, hereby files this Motion for First Extension of Time to move, answer, or otherwise respond to the Third Amended Complaint (ECF No. 23) ("Complaint") of David J. Catanzaro ("Plaintiff" or "Catanzaro"). In support of this Motion, Defendant states as follows:

1.  On January 6, 2023, Plaintiff filed a Complaint alleging, *inter alia,* that Defendant infringes U.S. Patent No. 7,653,959.

2.  Plaintiff served the Complaint on Defendant on June 14, 2023. Accordingly, Defendant's motion, answer, or other response to the Complaint is due on July 5, 2023.

---

[1] The Complaint incorrectly names Current Media Group Inc.

1

3.  The parties are currently in the process of exploring the possibility of resolving this matter without further Court intervention.

4.  Accordingly, Defendant requested, and Plaintiff agreed to an extension of 30 days until and including August 4, 2023, for Defendant to move, answer, or otherwise respond to the Complaint. Defendant therefore files this Motion unopposed.

5.  No Scheduling Order has been entered in this case and no deadlines have been set.

Accordingly, Defendant respectfully requests that the Court grant this unopposed Motion and extend the deadline for Defendant to move, answer, or otherwise respond to the Complaint to August 4, 2023.

RESPECTFULLY SUBMITTED,

HAGGERTY HINTON & COSGROVE LLP

Date:  June 30, 2023            By:  /s/J. Timothy Hinton, Jr., Esq.
                                    J. Timothy Hinton, Jr., Esq.
                                    PA ID No. 61981
                                    1401 Monroe Ave, Suite 2
                                    Dunmore, PA 18509
                                    (570) 344-9845
                                    timhinton@haggertylaw.net
                                    Attorney for Defendant,
                                    Current Media Group LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I, J. Timothy Hinton, Jr., Esquire, here by certify that I have served a true and correct copy of the foregoing Motion for First Extension of Time to move, answer, or otherwise respond to the Third Amended Complaint by the court's Electronic Filing System and as follows:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
*Pro Se*

RESPECTFULLY SUBMITTED,

HAGGERTY HINTON & COSGROVE LLP

Date: <u>June 30, 2023</u>        By: <u>/s/J. Timothy Hinton, Jr., Esq.</u>
                        J. Timothy Hinton, Jr., Esq.
                        1401 Monroe Ave, Suite 2
                        Dunmore, PA 18509
                        (570) 344-9845
                        timhinton@haggertylaw.net
                        Attorney for Defendant,
                        Current Media Group LLC