# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
|    Plaintiff | : | Jury Trial Demanded |
| | : | |
| vs. | : | (Honorable Judge |
| | : | Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
|    Defendants | : | No. 3:22-CV-1768 |

## CERTIFICATE OF CONCURRENCE

I, J. Timothy Hinton, Jr., Esq., certify that the parties have conferred by email and agree to the extension.

 

/s/ J. Timothy Hinton, Jr.
J. Timothy Hinton, Jr., Esquire