IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
|    Plaintiff | : | Jury Trial Demanded |
| | : | |
| vs. | : | (Honorable Judge |
| | : | Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
|    Defendants | : | No. 3:22-CV-1768 |

**ORDER**

It is hereby ORDERED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF No. 23) is hereby GRANTED and Defendant shall move, answer, or otherwise respond to Plaintiff's Third Amended Complaint on or before August 4, 2023.

                                                                              _____

                                                                                 Honorable Malachy E. Mannion

Date: _____