# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
|    Plaintiff | : | Jury Trial Demanded |
| | : | |
| vs. | : | (Honorable Judge |
| | : |  Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
|    Defendants | : | No. 3:22-CV-1768 |

## **ORDER**

This matter before the Court on Defendant Current Media Group Inc.'s Motion to admit Timothy J. Maier *pro hac vice* in this action, the Court having considered the court filings and supporting affidavits, IT IS HEREBY ORDERED:

Defendant's motion is granted.  Timothy J. Maier is admitted to practice before this Court *pro hac vice* in this action.

                                                                                    _____

                                                                                    Honorable Malachy E. Mannion

Date: _____