## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | (Honorable Judge |
| | : | Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
| Defendants | : | No. 3:22-CV-1768 |

## MOTION FOR ADMISSION PRO HAC VICE OF SIDDHESH V. PANDIT

Defendant, Current Media Group LLC[1], by and through its undersigned counsel, moves this Court to admit Siddhesh V. Pandit, Esquire, *pro hac vice* in this action.

1.     Attorney Siddhesh V. Pandit is licensed and a member in good standing in each of the following jurisdictions: the Commonwealth of Virginia, United States Patent Office, Eastern District Court of Virginia, Eastern District of Texas, Western District of Texas, Northern District of Texas, District of Colorado, the Court of Appeals for the Federal Circuit and the District of Columbia.

2.     Attorney Pandit is a Partner in the law firm of Maier & Maier PLLC. His address, phone number and fax number are as follows:

**Maier & Maier PLLC**
345 South Patrick Street
Alexandria, VA 22314
Phone: (703) 740-8322; Fax: (703) 991-7071

---

[1] Plaintiff's Complaint incorrectly names Current Media Group Inc.

VA Bar No.: 75,686
svp@maierandmaier.com

3.      Attorney Pandit has not been the subject of any disciplinary action in

the last five years by the Bar or the Courts of any jurisdiction in which he is

licensed or admitted.  There are no disciplinary proceedings pending against

Attorney Pandit.

4.      The affidavit of the undersigned is attached hereto, made a part

hereof, and marked as Exhibit "A", and is made in further support of this Motion.

5.      Attorney Pandit has been retained by Defendant in this matter because

of his qualifications and experience and Defendant has requested his co-

representation with the undersigned counsel in this case.

6.      Defendant, Current Media Group LLC, requests that Siddhesh V.

Pandit, Esquire, be admitted pro hac vice for the purposes of the pending action.

WHEREFORE, J. Timothy Hinton, Jr., requests that this Court permit

Siddhesh V. Pandit to appear pro hac vice on behalf of Defendant Current Media

Group LLC in this case.

RESPECTFULLY SUBMITTED,

HAGGERTY HINTON & COSGROVE
LLP

Date: June 30, 2023         By: /s/J. Timothy Hinton, Jr., Esq.
                                J. Timothy Hinton, Jr., Esq.
                                PA ID No. 61981

1401 Monroe Ave, Suite 2
Dunmore, PA 18509
(570) 344-9845
timhinton@haggertylaw.net
Attorney for Defendant,
Current Media Group LLC

## **CERTIFICATE OF SERVICE**

I, J. Timothy Hinton, Jr., Esquire, here by certify that I have served a true and correct copy of the foregoing Motion for Admission Pro Hac Vice by the court's Electronic Filing System and as follows:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
*Pro Se*

RESPECTFULLY SUBMITTED,

HAGGERTY HINTON & COSGROVE LLP

Date: June 30, 2023          By: /s/J. Timothy Hinton, Jr., Esq.
                             J. Timothy Hinton, Jr., Esq.
                             1401 Monroe Ave, Suite 2
                             Dunmore, PA 18509
                             (570) 344-9845
                             timhinton@haggertylaw.net
                             Attorney for Defendant,
                             Current Media Group LLC

## **AFFIDAVIT**

STATE OF PENNSYLVANIA         :
                                          : ss.

COUNTY OF LACKAWANNA       :

        I, J. Timothy Hinton, Jr., Esquire, hereby state:

        1.        I submit this affidavit in support of the application for leave to allow Siddhesh V. Pandit, Esquire to practice in this Court.

        2.        I am admitted to practice in the Commonwealth of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.

        3.        Siddhesh V. Pandit, Esquire is a member in good standing with the bar for the State of Virginia.

        4.        Siddhesh V. Pandit, Esquire has never been suspended or disbarred by any court to the best of my knowledge.

        5.        There are no disciplinary proceedings pending against Siddhesh V. Pandit, as a member of the bar in any jurisdiction to the best of my knowledge.

        6.        Siddhesh V. Pandit, Esquire has been retained by Defendant in this matter because of his qualifications and experience.

        7.        Defendant has specifically requested that Siddhesh V. Pandit, Esquire represent Current Media Group LLC[1] in this matter.

        8.        Siddhesh V. Pandit, Esquire has advised me of his agreement to be bound by the Local Rules of the United States District Court for the Middle District of Pennsylvania.

/s/ J. Timothy Hinton, Jr.
J. Timothy Hinton, Jr., Esquire

---



[1] Plaintiff's Complaint incorrectly names Current Media Group Inc.



EXHIBIT "A"