## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO | : | |
| Plaintiff | : | Jury Trial Demanded |
| | : | |
| vs. | : | (Honorable Judge |
| | : | Malachy E. Mannion) |
| WALMART STORES, INC., et al. | : | |
| Defendants | : | No.  3:22-CV-1768 |

## ORDER

It is hereby ORDERED that Defendant's Motion for Extension of Time to

Respond to Plaintiff's Third Amended Complaint (ECF No. 23) is hereby

GRANTED and Defendant shall move, answer, or otherwise respond to Plaintiff's

Third Amended Complaint on or before August 4, 2023.


_____
Honorable Malachy E. Mannion


Date:  _7/6/23_____