THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.,<br>USIMPRINTS,<br>STAPLES PROMOTIONAL PRODUCTS,<br>RAKUTEN AMERICAS,<br>PRICE US WHOLESALE,<br>BONANZA.COM, INC.,<br>WHOLESALE IN MOTION GROUP, INC.,<br>ANYPROMO INC.,<br>DHGATE;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>JUL 06 2023<br>PER /tmo<br>DEPUTY CLERK |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT STAPLES PROMOTIONAL PRODUCTS ONLY
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendant, Staples Promotional Products hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Staples Promotional Products. Defendant not having answered or

moved for summery judgment. This Stipulation shall in no way affect Plaintiff's claims against any other Defendant other than Staples Promotional Products.

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com