IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff(s), <br><br> v. <br><br> WALMART STORES, INC., ET AL., <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> [redacted], <br><br> Third-Party Defendant(s). | Civil Action No. 3:22-cv-01768 <br><br><br> **FILED** <br> **SCRANTON** <br><br> JUL 06 2023 <br><br> PER _Amu_ <br> DEPUTY CLERK |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PLAINTIFF,
(type of party)
who is DAVID J. CATANZARO, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES     ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    N/A

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    N/A

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Signature of Counsel for Party

Date: JULY 6, 2023