AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:22-CV-1768

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for Walmart.com was recieved by me on 6/14/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Emmanuel Jacobo**, who is designated by law to accept service of process on behalf of **Walmart.com** at CT Corporation, 330 N Brand Blvd Suite 700, Glendale, CA 91203 on 06/15/2023 at 7:07 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 6/15/23

**FILED SCRANTON**

JUL 06 2023

PER _____  
DEPUTY CLERK

_____  
Server's signature

**Sam Pocker**  
Printed name and title

958 N Western Ave # 754  
Hollywood, CA 90029

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Emmanuel Jacobo who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.




Tracking #: 0108535277