AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Alibaba Group**
was recieved by me on **6/14/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jennifer Pappas**, who is designated by law to accept service of process on behalf of **Alibaba Group** at **Incorprating Services, Ltd, 3500 S. Dupont Hwy, Dover, DE 19901** on **06/15/2023** at **12:07 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 70.00 for services, for a total of $ 70.00.

I declare under penalty of perjury that this information is true.

Date: **June 18, 2023**

**FILED
SCRANTON

JUL 06 2023

PER _AMO_
DEPUTY CLERK**

*Server's signature*

**Dolores Cichocki**
Printed name and title

12241 N Haven Dr
Selbyville, DE 19975

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Jennifer Pappas who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.




Tracking #: 0108717795