AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:22-CV-01768-MEM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  USimprints
was recieved by me on  6/07/2023:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Michael Todd**, who is designated by law to accept service of process on behalf of USimprints at **1227 16th Avenue South, Nashville, TN 37212** on **06/07/2023** at **3:57 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 106.43 for services, for a total of $ 106.43.

I declare under penalty of perjury that this information is true.

Date:  6/28/23

**FILED SCRANTON**

JUL 06 2023

PER _AMJ_
DEPUTY CLERK

Server's signature

**Joshua Hutchinson**
Printed name and title

1018 Cascadeway Drive
Murfreesboro, TN 37129

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Michael Todd, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'4"-5'6" tall and weighing 140-180 lbs with a beard.



Tracking #: 0109297286