AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Price Us Wholesale** was recieved by me on **6/29/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)*; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on, and mailed a copy to the individual's last known address; or

☒ I served the summons on **JANE DOE**, who is designated by law to accept service of process on behalf of **Price Us Wholesale** at **2240 E. 17th Street., Brooklyn, NY 11229** on **07/03/2023 at 11:31 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   7/3/23

**FILED**
**SCRANTON**

JUL 06 2023

PER _____Amo_____
        **DEPUTY CLERK**

_____
Server's signature

**Mahmoud Nassar**
Printed name and title

**8225 5TH AVE #220**
**Brooklyn, NY 11209**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to JANE DOE who identified themselves as the employee. The individual tried to refuse service by not accepting documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. REFUSED NAME. REFUSED TO ACCEPT DOCUMENTS. WAS REQUESTED BY CLIENT TO DROP SERVE DOCUMENTS**




Tracking #: 0109607663