AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Wholesale In Motion Group, Inc.** was recieved by me on **6/29/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **JANE DOE**, who is designated by law to accept service of process on behalf of **Wholesale In Motion Group, Inc.** at **2240 E. 17th Street., Brooklyn, NY 11229** on **07/03/2023** at **11:30 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 106.43 for services, for a total of $ 106.43.

I declare under penalty of perjury that this information is true.

Date: 7/3/23

**FILED SCRANTON**

JUL 06 2023

PER ___Amo___

DEPUTY CLERK

Server's signature

**Mahmoud Nassar**
Printed name and title

**8225 5th Ave # 220**
**Brooklyn, NY 11209**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to JANE DOE who identified themselves as the employee. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. REFUSED NAME. REFUSED TO ACCEPT SERVICE. WAS REQUESTED BY CLIENT TO DROP SERVE DOCUMENTS AT LOCATION.**




Tracking #: 0109607533