AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-CV-01768-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **ANYPROMO INC.**
was recieved by me on  **6/06/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Peter Tu**, who is designated by law to accept service of process on behalf of **ANYPROMO INC.** at **1511 East Holt Boulevard, Ontario, CA 91764** on **06/08/2023** at **12:08 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: June 8, 2023

FILED
SCRANTON
JUL 06 2023
PER _____
DEPUTY CLERK

*Server's signature*

**Frank Baik**
Printed name and title

**15846 Kingston Road
Chino Hills, CA 91709**

*Server's address*

### Additional information regarding attempted service, etc:

**I delivered the documents to Veronica Velasquez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: 0108103406