# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | No.   3:22-cv-1768 |
|     Plaintiff, | : | |
| | : | |
| v. | : | Hon. Judge Malachy E. |
| | : | Mannion |
| WALMART STORES, INC., *et al.* | : | |
|     Defendants. | : | JURY TRIAL DEMANDED |

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter the appearance of Erin R. Kawa, Esquire as counsel for Defendant, Bonanza Worldwide, LLC.[1]

                              **POST & SCHELL, P.C.**

Date:  July 7, 2023          BY: *(signature)*

                                **Erin R. Kawa, Esquire**
                                PA I.D. No. 308302
                                17 North Second Street, 12th Floor
                                Harrisburg, PA  17101
                                Telephone:  (717) 612-6057
                                Facsimile:  (717) 731-1985
                                Email:   ekawa@postschell.com

                                *Counsel for Defendant*
                                *Bonanza Worldwide, LLC*

---

[1] Bonanza is named in the Complaint as "Bonanza.com, Inc."

25885257v1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed a copy of the foregoing document electronically using the Court's ECF System, where it is available for viewing and downloading by all counsel of record. In addition, I caused the document to be served upon the person(s) and in the manner below:

*Via First Class Mail, postage prepaid:*

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
*Plaintiff*


POST & SCHELL, P.C.

Dated:  July 7, 2023

_____
Erin R. Kawa, Esquire