### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | No.   3:22-cv-1768 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. Judge Malachy E. |
| | : | Mannion |
| WALMART STORES, INC., *et al.* | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

### **PROPOSED ORDER**

AND NOW, this _____ day of July, 2023, upon consideration of the foregoing concurred-in Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.  Defendant, Bonanza.com, Inc shall move, answer, or otherwise respond to the Third Amended Complaint on or before July 28, 2023.

BY THE COURT,

_____
J.