## <u>CERTIFICATE OF CONCURRENCE</u>

Pursuant to Local Rule of Court 7.1, I hereby certify that Plaintiff has expressed concurrence in the foregoing Motion.


**POST & SCHELL, P.C.**


Date:  July 7, 2023                **BY:** _____
                                                   **Erin R. Kawa, Esquire**