IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, <br> Plaintiff, | : <br> : <br> : | No.   3:22-cv-1768 |
| v. | : <br> : | Hon. Judge Malachy E. Mannion |
| WALMART STORES, INC., *et al.* <br> Defendants. | : <br> : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this __10th__ day of July, 2023, upon consideration of the foregoing concurred-in Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. Defendant, Bonanza.com, Inc shall move, answer, or otherwise respond to the Third Amended Complaint on or before July 28, 2023.

BY THE COURT,

_____
J.