AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Bonanza.com, Inc. (Bonanza)** was recieved by me on **6/06/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **HANSON ENTERPRISES USA LLC**, who is designated by law to accept service of process on behalf of Bonanza.com, Inc. (Bonanza) at **1775 LAKESHORE CIRCLE, WESTON, FL 33326** on **06/13/2023** at **11:53 AM**, or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 106.43 for services, for a total of $ 106.43.

I declare under penalty of perjury that this information is true.

Date: 07-07-23

Server's signature

**Monica Echeverri**
Printed name and title

16300 Golf Club Rd
311
Weston, FL 33326

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Bonanza. com, Inc. (Bonanza) who identified themselves as the Named Defendant with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.

**FILED**
**SCRANTON**

JUL 10, 2023

PER _____
DEPUTY CLERK


Tracking #: 0109296900



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Current Media Group Inc.
was recieved by me on  6/09/2023:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Pamela Goddard**, who is designated by law to accept service of process on behalf of **Current Media Group Inc.** at **1025 East Woodmen Road, Colorado Springs, CO 80920** on **06/14/2023** at **8:40 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **106.43** for services, for a total of $ **106.43**.

I declare under penalty of perjury that this information is true.

Date: July 6, 2023

_____
Server's signature

**Leah Garcia**
Printed name and title

6314 Lange Dr.
Colorado Springs, CO 80918

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Pamela Goddard who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

**FILED
SCRANTON**

JUL 10 2023

PER_____
DEPUTY CLERK


Tracking #: 0109381011

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-1768

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **DH Gate**
was recieved by me on **6/29/2023**:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Matt Fing**, who is designated by law to accept service of process on behalf of **DH Gate** at **381 Brea Canyon Road, Walnut, CA 91789** on **06/29/2023** at **3:01 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 7/6/23

_____
Server's signature

**David Brown**
Printed name and title

20334 Carrey Rd
Walnut, CA 91789

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Matt Fing who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

**FILED**
**SCRANTON**

**JUL 10 2023**

PER _____
DEPUTY CLERK

Tracking #: 0109459332



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:22-CV-1768

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for Amazon.com was recieved by me on 7/03/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on ; and mailed a copy to the individual's last known address; or

☒ I served the summons on c/o Corporation Service Company, who is designated by law to accept service of process on behalf of **Amazon.com** at **251 Little Falls Drive, Wilmington, DE 19808** on **07/06/2023** at **9:54 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/6/2023

Server's signature

Jerrold Allen
Printed name and title

2506 Palmyra Ct
Churchville, MD 21208

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to c/o Corporation Service Company, Registered Agent with identity confirmed by subject stating their name. The Individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs. Shannon Miller accepted service.

**FILED**
**SCRANTON**

JUL 10 2023

PER _____
DEPUTY CLERK




Tracking #: 0109740107