# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, /s/ Timothy J. Maier _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Maier & Maier PLLC

345 South Patrick Street

Alexandria, VA 22314

Office Telephone: (703) 740-8322

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Virginia 2001

Eastern District of Virginia 2007

D.C. Court of Appeals 2018

My attorney Identification number is: 46354

| FOR COURT USE ONLY |
| --- |
| ____ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____ Date: _____ |
| X SPECIAL ADMISSION: |
| GRANTED BY THE COURT [signature] Date: 7/12/23 |