UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, /s/ Siddhesh V. Pandit, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Maier & Maier PLLC

345 South Patrick Street

Alexandria, VA 22314

Office Telephone: (703) 740-8322

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Eastern District of Virginia - 2009; Eastern District of Texas - 2017;

District of Columbia - 2021; Western District of Texas - 2023;

Northern District of Texas - 2023; District of Colorado - 2022

My attorney Identification number is: 75686

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_✗_ SPECIAL ADMISSION:

GRANTED BY THE COURT: [signature]     Date: 7/10/23