# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>　　　Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion)<br><br>**PRAECIPE FOR ENTRY OF APPEARANCE** |

　　　Please enter the appearance of Geoffrey S. Brounell of the law firm Davis Wright Tremaine LLP on behalf of defendant Amazon.com, Inc. in the above-captioned matter.

Dated:  July 26, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　*/s/ Geoffrey S. Brounell*
　　　　　　　　　　　　　　　　　　Geoffrey S. Brounell
　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 21st Floor
　　　　　　　　　　　　　　　　　　New York, NY 10020-1104
　　　　　　　　　　　　　　　　　　Ph: (212) 603-6404
　　　　　　　　　　　　　　　　　　Fax: (212) 379-5243
　　　　　　　　　　　　　　　　　　geoffreybrounell@dwt.com

　　　　　　　　　　　　　　　　　　*Attorneys for defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2023, a copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I further certify that on this 26th day of July 2023, a copy of the foregoing was served via U.S. Mail, upon Plaintiff David J. Catanzaro at the following address.

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
*Plaintiff, pro se*

>By:   */s/ Geoffrey S. Brounell*
>Geoffrey S. Brounell
>DAVIS WRIGHT TREMAINE LLP
>1251 Avenue of the Americas, 21st Floor
>New York, NY 10020-1104
>Ph: (212) 603-6404
>Fax: (212) 379-5243
>geoffreybrounell@dwt.com
>
>*Attorneys for defendant Amazon.com, Inc.*

2