# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>  Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc., by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement and states at follows:

  Amazon.com, Inc. is a publicly held company. Amazon.com, Inc. has no parent company, and no publicly-held corporation owns 10% or more of its stock.

  Amazon.com Inc. understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the above information.

  [SIGNATURE FOLLOWS ON NEXT PAGE]

Dated: July 26, 2023

Respectfully submitted,

By: */s/ Geoffrey S. Brounell*
Geoffrey S. Brounell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Ph: (212) 603-6404
Fax: (212) 379-5243
geoffreybrounell@dwt.com

*Attorneys for defendant Amazon.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2023, a copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I further certify that on this 26th day of July 2023, a copy of the foregoing was served via U.S. Mail, upon Plaintiff David J. Catanzaro at the following address.

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
*Plaintiff, pro se*

By: */s/ Geoffrey S. Brounell*
Geoffrey S. Brounell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Ph: (212) 603-6404
Fax: (212) 379-5243
geoffreybrounell@dwt.com

*Attorneys for defendant Amazon.com, Inc.*

3