# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>    Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion) |

### DEFENDANT AMAZON.COM, INC.'S UNOPPOSED
### MOTION FOR FIRST EXTENSION OF TIME TO RESPOND
### TO PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF NO. 23)

Defendant Amazon.com, Inc. ("Amazon" or "Defendant"), by and through their undersigned counsel, hereby files this unopposed Motion for First Extension of Time to move, answer, or otherwise respond to the Third Amended Complaint (ECF No. 23) ("Complaint") of David J. Catanzaro ("Plaintiff" or "Catanzaro"). In support of this Motion, Defendant states as follows:

1.   On January 6, 2023, Plaintiff filed a Complaint alleging, inter alia, that Defendant infringes U.S. Patent No. 7,653,959.

2.   Plaintiff served the Complaint on Defendant on July 6, 2023. Accordingly, Defendant's motion, answer, or other response to the Complaint is due on July 27, 2023.

-1-

3. The parties are currently in the process of exploring the possibility of resolving this matter without further Court intervention.

4. Accordingly, Defendant requested, and Plaintiff agreed to an extension of 30 days until and including August 28, 2023,[1] for Defendant to move, answer, or otherwise respond to the Complaint. Defendant therefore files this Motion unopposed.

5. No Scheduling Order has been entered in this case and no deadlines have been set.

Accordingly, Defendant respectfully requests that the Court grant this unopposed Motion and extend the deadline for Defendant to move, answer, or otherwise respond to the Complaint to August 28, 2023.

Dated:  July 26, 2023

Respectfully submitted,

By:  /s/ *Geoffrey S. Brounell*
Geoffrey S. Brounell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Ph: (212) 603-6404
Fax: (212) 379-5243
geoffreybrounell@dwt.com

*Attorneys for defendant Amazon.com, Inc.*

---

[1] August 26, 2023 falls on a Saturday, making Amazon's response deadline Monday, August 28, 2023.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2023, a copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I further certify that on this 26th day of July 2023, a copy of the foregoing was served via U.S. Mail, upon Plaintiff David J. Catanzaro at the following address.

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
*Plaintiff, pro se*

By: */s/ Geoffrey S. Brounell*
Geoffrey S. Brounell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Ph: (212) 603-6404
Fax: (212) 379-5243
geoffreybrounell@dwt.com

*Attorneys for defendant Amazon.com, Inc.*