IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>    Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion) |

## CERTIFICATE OF CONCURRENCE

In accordance with M.D. Pa. R. 7.1, I hereby certify that Plaintiff has expressed concurrence in the foregoing Motion.

Dated:  July 26, 2023                  Respectfully submitted,

                                             By:    */s/ Geoffrey S. Brounell*
                                                      Geoffrey S. Brounell
                                                      DAVIS WRIGHT TREMAINE LLP
                                                      1251 Avenue of the Americas, 21st Floor
                                                      New York, NY 10020-1104
                                                      Ph: (212) 603-6404
                                                      Fax: (212) 379-5243
                                                      geoffreybrounell@dwt.com

                                                      *Attorneys for defendant Amazon.com, Inc.*