## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule of Court 7.1, I hereby certify that Plaintiff has expressed concurrence in the foregoing Motion.

**POST & SCHELL, P.C.**

Date: July 26, 2023     BY: _____
                        **Erin R. Kawa, Esquire**