## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | No. 3:22-cv-1768 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. Judge Malachy E. |
| | : | Mannion |
| WALMART STORES, INC., *et al.* | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 31st day of July, 2023, upon consideration of the foregoing concurred-in Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. Defendant, Bonanza Worldwide, LLC, identified in the Third Complaint as "Bonanza.com, Inc.," shall move, answer, or otherwise respond to the Third Amended Complaint on or before August 28, 2023.

BY THE COURT,

_____ J.