IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-1768-MEM |
| SPINN, INC., | ) |
| Defendant. | ) |

## ORDER

AND NOW, on this 31st day of July, 2023, it is hereby ORDERED that Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to the Complaint in this matter on or before August 28, 2023.

_____
Hon. Malachy E. Mannion