# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>　　Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion) |

## CERTIFICATE OF CONCURRENCE

　　I, Robert T. Cruzen, certify that the parties have conferred by telephone and email and agree to the extension.

August 24, 2023     　　　　　　/s/ Robert T. Cruzen
　　　　　　　　　　　　　　　　Robert T. Cruzen

　　　　　　　　　　　　　　　　*Attorney for defendant Amazon.com, Inc.*