IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>    Defendants. | No. 3:22-cv-1768-MEM<br><br>(Judge Malachy E. Mannion) |

## ORDER

It is hereby ORDERED that Defendant Amazon.com, Inc.'s Motion for Second Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF No. 23) is GRANTED and Defendant Amazon.com, Inc. shall move, answer, or otherwise respond to Plaintiff's Third Amended Complaint on or before September 27, 2023.

Date: 8/25/23

_____
Honorable Malachy E. Mannion