IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| Plaintiff, | ) ) ) ) Case No. 3:22-cv-1768-MEM |
| v. | ) ) |
| SPINN, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, on this 28th day of August, 2023, it is hereby ORDERED that Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to the Complaint in this matter on or before September 29, 2023.

_____
Hon. Malachy E. Mannion