# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO : | |
| Plaintiff : | Jury Trial Demanded |
| : | |
| vs. : | (Honorable Judge |
| : | Malachy E. Mannion) |
| WALMART STORES, INC., et al. : | |
| Defendants : | No. 3:22-CV-1768 |

## ORDER

It is hereby ORDERED that Defendant's Unopposed Motion for Third Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF No. 23) is hereby GRANTED and Defendant shall move, answer, or otherwise respond to Plaintiff's Third Amended Complaint on or before October 3, 2023.

_____
Honorable Malachy E. Mannion

Date: 9/12/23