# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff, <br><br> vs. <br><br> WALMART STORES, INC., *et al.*, <br><br> Defendants. | No. 3:22-cv-1768-MEM <br><br> (Judge Malachy E. Mannion) <br><br> **FILED** <br> **SCRANTON** <br> SEP 22 2023 <br> PER_____ <br> DEPUTY CLERK |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT AMAZON.COM, INC. ONLY PURSUANT TO FED. R. CIV. P. 41**

Plaintiff David J. Catanzaro and Defendant Amazon.com, Inc. hereby agree pursuant to Rule 41 of the Federal Rules of Civil Procedure to dismiss with prejudice all claims asserted in this action by Plaintiff against Defendant Amazon.com, Inc., which has not answered or moved for summary judgment. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action. This Stipulation shall in no way affect Plaintiff's claims against any other defendant in this action other than Amazon.com, Inc.

-1-

Dated: September 21, 2023     Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
Email: davidjosephus@aol.com


Dated: September 21, 2023     Respectfully submitted,

/s/ Robert T. Cruzen
Robert T. Cruzen (Admitted *pro hac vice*)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301
rob.cruzen@klarquist.com

Counsel for Defendant
AMAZON.COM, INC.

Dated: September 21, 2023

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-0262
E-mail: davidjosephus@aol.com

Dated: September 21, 2023

Respectfully submitted,

/s/ Robert T. Cruzen
Robert T. Cruzen (Admitted pro hac vice)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301
rob.cruzen@klarquist.com

Counsel for Defendant
AMAZON.COM, INC.