**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID J. CATANZARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:22-cv-1768-MEM |
| v. | ) | |
| | ) | |
| SPINN, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of September, 2023, it is hereby ORDERED that

Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to

the Complaint in this matter on or before October 30, 2023.

_____

Hon. Malachy E. Mannion