## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of September, 2023, a copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of this filing was served on David J. Catanzaro via US Mail and electronic mail.

Dated: September 28, 2023

                                              By: /s/ Stephen H. Barrett
                                                   Stephen H. Barrett
                                                   DLA PIPER LLP (US)
                                                   One Liberty Place
                                                   1650 Market St., Suite 5000
                                                   Philadelphia, PA 19103
                                                   Phone: 215.656.2455
                                                   stephen.barrett@us.dlapiper.com

                                                   *Attorney for Defendants Walmart Stores, Inc. and Walmart.com*