THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>        Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM,<br>ALIEXPRESS,<br>MICHAELS STORES, INC.,<br>MSPCI,<br>WEGMANS FOOD MARKETS, INC.,<br>AMAZON.COM, INC.,<br>DIAMOND VISION INC.,<br>CURRENT MEDIA GROUP INC.,<br>USIMPRINTS,<br>STAPLES PROMOTIONAL PRODUCTS,<br>RAKUTEN AMERICAS,<br>PRICE US WHOLESALE,<br>BONANZA.COM, INC.,<br>WHOLESALE IN MOTION GROUP, INC.,<br>ANYPROMO INC.,<br>DHGATE;<br> and DOES 1 THROUGH 50<br><br>        Defendants. | Case No. 3:22-cv-1768<br><br>JUDGE MALACHY E MANNION<br><br>JURY TRIAL DEMANDED<br><br>**FILED**<br>**SCRANTON**<br>OCT 02 2023<br>PER_____<br>DEPUTY CLERK |

## STIPULATION FOR DISMISSAL OF
## DEFENDANT CURRENT MEDIA GROUP INC. ONLY
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendant, Current Media Group LLC (named in this complaint as Current Media Group Inc.) hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against

Current Media Group LLC. This Stipulation shall in no way affect Plaintiff's claims against any other Defendant other than Current Media Group LLC.

/s/ David J. Catanzaro
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com