IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,                )
                                   )
            Plaintiff,             )
                                   )   Case No. 3:22-cv-1768-MEM
      v.                           )
                                   )
SPINN, INC.,                       )
                                   )
                                   )
            Defendant.             )

## ORDER

AND NOW, on this 3rd day of November, 2023, it is hereby ORDERED that Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to the Complaint in this matter on or before November 30, 2023.

_____
Hon. Malachy E. Mannion