# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:22-cv-1768-MEM |
| v. | ) |
| | ) |
| SPINN, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

AND NOW, on this _____ day of October, 2023, it is hereby ORDERED that Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to the Complaint in this matter on or before January 31, 2024.

_____
Hon. Malachy E. Mannion