IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:22-cv-1768-MEM |
| v. | ) |
| SPINN, INC., | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

AND NOW, on this 1st day of ~~October~~ December, 2023, it is hereby ORDERED that Defendants Walmart Stores, Inc. and Walmart.com shall answer, move or otherwise respond to the Complaint in this matter on or before January 31, 2024.

_____
Hon. Malachy E. Mannion