# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:22-CV-01768-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Alibaba Group
was recieved by me on  6/14/2023:

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Jennifer Pappas**, who is designated by law to accept service of process on behalf of **Alibaba Group** at **Incorprating Services, Ltd, 3500 S. Dupont Hwy, Dover, DE 19901** on **06/15/2023** at **12:07 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*


My fees are $ 0 for travel and $ 70.00 for services, for a total of $ 70.00.

I declare under penalty of perjury that this information is true.

Date:  June 18, 2023

*Server's signature*

**Dolores Cichocki**
*Printed name and title*

12241 N Haven Dr
Selbyville, DE 19975

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Jennifer Pappas who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.



Tracking #: 0108717795

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:22-CV-01768-MEM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for  USimprints
was recieved by me on  6/07/2023:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on Michael Todd, who is designated by law to accept service of process on behalf of USimprints at 1227 16th Avenue South, Nashville, TN 37212 on 06/07/2023 at 3:57 PM; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 106.43 for services, for a total of $ 106.43.

I declare under penalty of perjury that this information is true.

Date: 6/28/23

*Server's signature*

**Joshua Hutchinson**
*Printed name and title*

1018 Cascadeway Drive
Murfreesboro, TN 37129

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Michael Todd, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with a beard.




AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-CV-01768-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Price Us Wholesale
was recieved by me on  6/29/2023:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on JANE DOE, who is designated by law to accept service of process on behalf of Price Us Wholesale at 2240 E. 17th Street., Brooklyn, NY 11229 on 07/03/2023 at 11:31 AM; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   7/3/23

_____
Server's signature

**Mahmoud Nassar**
Printed name and title

8225 5TH AVE #220
Brooklyn, NY 11209

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to JANE DOE who identified themselves as the employee. The individual tried to refuse service by not accepting documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. REFUSED NAME. REFUSED TO ACCEPT DOCUMENTS. WAS REQUESTED BY CLIENT TO DROP SERVE DOCUMENTS**




Tracking #: 0109607663

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:22-CV-01768-MEM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Wholesale In Motion Group, Inc.** was recieved by me on **6/29/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **JANE DOE**, who is designated by law to accept service of process on behalf of **Wholesale In Motion Group, Inc.** at **2240 E. 17th Street., Brooklyn, NY 11229** on **07/03/2023** at **11:30 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 106.43 for services, for a total of $ 106.43.

I declare under penalty of perjury that this information is true.

Date: 7/3/23

Server's signature

**Mahmoud Nassar**
Printed name and title

8225 5th Ave # 220
Brooklyn, NY 11209

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to JANE DOE who identified themselves as the employee. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. REFUSED NAME. REFUSED TO ACCEPT SERVICE. WAS REQUESTED BY CLIENT TO DROP SERVE DOCUMENTS AT LOCATION.**




Tracking #: 0109607533

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **3:22-CV-01768-MEM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ANYPROMO INC.**
was recieved by me on **6/06/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Peter Tu**, who is designated by law to accept service of process on behalf of **ANYPROMO INC.** at **1511 East Holt Boulevard, Ontario, CA 91764** on **06/08/2023** at **12:08 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: June 8, 2023

_____
Server's signature

**Frank Baik**
Printed name and title

**15846 Kingston Road**
**Chino Hills, CA 91709**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Veronica Velasquez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: 0108103406

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-1768

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for DH Gate
was recieved by me on 6/29/2023:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on Matt Fing, who is designated by law to accept service of process on behalf of DH Gate at 361 Brea Canyon Road, Walnut, CA 91789 on 06/29/2023 at 3:01 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 7/6/23

Server's signature

David Brown
Printed name and title

20334 Carrey Rd
Walnut, CA 91789

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Matt Fing who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.




Tracking #: 0109459332