# EXHIBIT B

David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

The CEO/Director Legal,
AliExpress / ALIBABA GROUP
400S El Camino Real # 400
San Mateo, CA 94402

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

**Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.**

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

David J. Catanzaro





David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

The CEO/Director Legal,
USIMPRINTS
200 E Main St Suite 200-17
Franklin, TN 37064

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

**Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.**

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

David J. Catanzaro



David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

The CEO/Director Legal,
PRICE US WHOLESALE
2240 East 17th St.
Brooklyn, NY 11229

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

*[signature]*
David J. Catanzaro





David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

The CEO/Director Legal,
WHOLESALE IN MOTON GROUP INC.
2240 East 17th St.
Brooklyn, NY 11229

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

**Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.**

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

David J. Catanzaro





David J. Catanzaro
286 Upper Powderly St.
Carbondale, PA 18407

7022 3330 0000 4544 7396   RDC 99

The CEO/Director Legal,
WHOLESALE IN MOTON GROUP INC.
2240 East 17th St.
Brooklyn, NY 11229

U.S. POSTAGE PAID
FCM LETTER
CARBONDALE, PA 18407
NOV 09, 2023
$5.01
R2303S100294-84

David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

The CEO/Director Legal,
ANYPROMO INC.
1511 East Holt Boulevard
Ontario, CA 91764

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

**Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.**

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

David J. Catanzaro





David J. Catanzaro
Pro Se Plaintiff
286 Upper Powderly Street
Carbondale, PA 18407
Phone: 570-936-9262
Email: davidjosephus@aol.com

November 9, 2023

CEO/Director Legal
DH GATE
381 Brea Canyon Road
Walnut, CA 91789

**SUBJECT: NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

Dear Sir/Ma'am,

I am writing this notice, in reference to the ongoing litigation, Case No. 3:22-cv-1768, Titled as DAVID J. CATANZARO VS. WALMART STORES INC. et al, which is currently before the UNITED STATES DISTRICT COURT; MIDDLE DISTRICT OF PENNYSYLVANIA.

However, despite the passage of the legally prescribed period following the service of the complaint/summons, you have neither filed a responsive pleading nor undertaken any form of participation in the proceedings. Thus, this communication serves as notice of my contemplation to pursue the filing of a Motion for Default Judgment due to your apparent lack of engagement.

Please be apprised that unless you take prompt action within 10 days from the issuance of this letter, I intend to proceed with the submission of a Motion for Default Judgment to the District Court of Pennsylvania. Such a course of action may result in the Court adjudicating the matter in favor of the plaintiff based on the contentions outlined in the complaint. It is imperative that you seek legal counsel to understand the ramifications of a Default Judgment and the implications it may have on your legal position.

I anticipate your prompt attention to this matter and trust in your commitment to the legal processes that govern this legal proceedings.

Sincerely,

David J. Catanzaro



