UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,                          :

      Plaintiff                           :     CIVIL ACTION NO. 3:22-1768

v.                                          :          (JUDGE MANNION)

WALMART STORES, INC., *et al.*,              :

      Defendants                          :

## O R D E R

Pending before the court is the plaintiff's motion for the entry of default judgment in which he seeks to have default judgment entered against several defendants, including Alibaba Group, USImprints, Price Us Wholesale, Wholesale In Motion Group, Inc., AnyPromo, Inc., and DH Gate. (Doc. 81). Upon review of the record, no default has been entered against any of these defendants. The plaintiff's motion is therefore procedurally deficient under Fed.R.Civ.P. 55.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

The plaintiff's motion for the entry of default judgment **(Doc. 81)** is **DISMISSED**.

MALACHY E. MANNION
United States District Judge

**DATE: December 12, 2023**
22-1768-03