## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,            )
                                     )
           Plaintiff,          )     Case No.  3:22-cv-1768
                                       )
                                       )
         VS.                    )     JUDGE MALACHY E MANNION

WALMART STORES, INC.,         )
WALMART.COM,                 )
ALIEXPRESS,                   )
MICHAELS STORES, INC.,         )
MSPCI,                         )     JURY TRIAL DEMANDED
WEGMANS FOOD MARKETS, INC.,   )
AMAZON.COM, INC.,            )
DIAMOND VISION INC.,           )
CURRENT MEDIA GROUP INC.,     )
USIMPRINTS,                   )
STAPLES PROMOTIONAL PRODUCTS,  )
RAKUTEN AMERICAS,           )
PRICE US WHOLESALE,          )
BONANZA.COM, INC.,            )
WHOLESALE IN MOTION GROUP, INC.,  )
ANYPROMO INC.,               )
DHGATE;                        )
  and DOES 1 THROUGH 50

          Defendants.

## [PROPOSED] ORDER:

Based on Plaintiffs' Motion for the Entry of Default Judgment and for good cause shown:

1. It is hereby ordered that Plaintiffs' motion is Granted and a Default judgment is entered against the default Defendants ALIEXPRESS / ALIBABA GROUP; USIMPRINTS; PRICE US WHOLESALE; WHOLESALE IN MOTON GROUP, INC.; ANYPROMO INC. and DHGATE Pursuant to the Federal Rules of Civil Procedure;

2. It is ordered that a Default judgment be entered in favor of Plaintiff and against the default Defendants on all counts and prayers as alleged in Plaintiff's complaint.

3. This judgment shall be entered against Defendants as stated above, plus costs and post-judgment interest on all amounts awarded.

4. That Plaintiff is entitled to costs and attorney's fees in this matter, and the Court reserves jurisdiction to determine the amount of such costs and fees.

5. That the Clerk of Court is directed to enter this Order and the accompanying Judgment in the official records of this Court.

6. That this case for the default Defendants is hereby CLOSED.


**IT IS SO ORDERED** this _____.




_____
**Hon. MALACHY E. MANNION**
United States District Judge