UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,** : | |
|     **Plaintiff** : | CIVIL ACTION NO. 3:22-1768 |
| v. : | (JUDGE MANNION) |
| **WALMART STORES, INC.,** *et al.*, : | |
|     **Defendants** : | |

# ORDER

Pending before the court is the plaintiff's motion for the entry of default judgment in which he seeks to have default judgment entered against several defendants, including Alibaba Group, USImprints, Price Us Wholesale, Wholesale In Motion Group, Inc., AnyPromo, Inc., and DH Gate. (Doc. 84). Contrary to L.R. 7.5, the plaintiff has failed to file a separate brief in support of his motion. Where no supporting brief is filed within the required time, L.R. 7.5 mandates that the motion shall be deemed withdrawn.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The plaintiff's motion for the entry of default judgment **(Doc. 84)** is **DEEMED WITHDRAWN**.

                                                              _____
                                                              MALACHY E. MANNION
                                                              United States District Judge

**DATE: January 23, 2024**
22-1768-04