IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| Plaintiff, | ) Case No. 3:22-cv-1768 |
| VS. | ) JUDGE MALACHY E MANNION |
| WALMART STORES, INC., WALMART.COM, ALIEXPRESS, MICHAELS STORES, INC., MSPCI, WEGMANS FOOD MARKETS, INC., AMAZON.COM, INC., DIAMOND VISION INC., CURRENT MEDIA GROUP INC., USIMPRINTS, STAPLES PROMOTIONAL PRODUCTS, RAKUTEN AMERICAS, PRICE US WHOLESALE, BONANZA.COM, INC., WHOLESALE IN MOTION GROUP, INC., ANYPROMO INC., DHGATE; and DOES 1 THROUGH 50 | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

FILED
SCRANTON

JAN 31 2024

PER _____
DEPUTY CLERK

**STIPULATION FOR DISMISSAL OF
DEFENDANTS WALMART STORES, INC.
AND WALMART.COM ONLY
PURSUANT TO FED. R. CIV. P. 41**

Plaintiff David J. Catanzaro and Defendants, Walmart Stores, Inc. and Walmart.com hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Walmart Stores, Inc. and Walmart.com. This

Stipulation For Dismissal shall in no way affect Plaintiff's claims against any other Defendants including Does 1 through 50.

January 31, 2024

*[signature]*
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com