3:22cv1768

FILED
SCRANTON

SEP 16 2024

PER _____
DEPUTY CLERK

Dear Honorable Judge Mannion,

I am writing to you as the plaintiff in the case numbered 3:22-cv-01768. I have recently submitted a Motion for Reconsideration regarding the Court's Order of Reassignment of this case, dated September 10, 2024.

I fully respect and understand the recent appointment of the Honorable Judge Joseph F. Saporito as District Judge, and I have no reservations regarding the reassignment of Case 3:22-cv-01754, especially given that it is in its initial stages. I was informed that the reassignments were intended to balance Judge Saporito's workload, a decision I appreciate for its intent to ensure the efficiency of our judicial system.

However, I am concerned about the reassignment of Case 3:22-cv-01768, as it has progressed significantly, with the Clerk having entered the remaining six defendants in default. This case is nearing its final stages for these defendants, and I am preparing to file a Motion for Default Judgment within the next several days, should the court be inclined to reconsider its recent decision.

In the filed Motion and accompanying Brief, I have endeavored to present substantial and credible arguments that support the request for reconsideration by this Honorable Court. My hope is that these points merit your consideration and potentially lead to a reversal of the reassignment.

Should the decision stand, it would regrettably necessitate an appeal, imposing additional time and financial burdens. It is my respectful request that the court reconsider its decision, not only in the interest of judicial economy but also to ensure equitable treatment under the law.

I appreciate your attention to this matter and look forward to your judicious decision.

Respectfully,

David Catanzaro



HARRISBURG PA 171
11 SEP 2024 PM 2 L

RECEIVED
SCRANTON
SEP 16 2024
PER _____ DEPUTY CLERK

David Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407

Judge Malachy E. Mannion
235 N Washington Ave,
Scranton, PA 18503

18503-151299

RECEIVED
SCRANTON
SEP 16 2024
PER _____ DEPUTY CLERK