# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | ) |
| | ) Case No. 3:22-cv-1768 |
| Plaintiff, | ) |
| | ) |
| VS. | ) Judge Joseph F Saporito |
| | ) |
| WALMART STORES, INC., | ) Chief MJ Daryl F. Bloom |
| WALMART.COM, | ) |
| ALIEXPRESS, | ) |
| MICHAELS STORES, INC., | ) |
| MSPCI, | ) JURY TRIAL DEMANDED |
| WEGMANS FOOD MARKETS, INC., | ) |
| AMAZON.COM, INC., | ) |
| DIAMOND VISION INC., | ) |
| CURRENT MEDIA GROUP INC., | ) |
| USIMPRINTS, | ) |
| STAPLES PROMOTIONAL PRODUCTS, | ) |
| RAKUTEN AMERICAS, | ) |
| PRICE US WHOLESALE, | ) |
| BONANZA.COM, INC., | ) |
| WHOLESALE IN MOTION GROUP, INC., | ) |
| ANYPROMO INC., | ) |
| DHGATE; | ) |
| and DOES 1 THROUGH 50 | ) |
| | ) |
| Defendants. | ) |

FILED
SCRANTON

DEC 19 2024

PER  DJ
DEPUTY CLERK

## NOTICE TO THE COURT

Default Defendant ALIEXPRESS (parent company Alibaba Group) is no longer receiving mail at 400S El Camino Real #400 San Mateo, CA 94402. Under information and belief ALIEXPRESS is now receiving mail correspondence at 525 Almanor Ave, Suite 400, Sunnyvale,

CA 94085. All future correspondence for ALIEXPRESS / ALIBABA GROUP shall be sent to 525 Almanor Ave, Suite 400, Sunnyvale, CA 94085

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com