# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 3:22-cv-1768 |
| WALMART STORES, INC., et al., | : |
| Defendants. | : |

## **ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Defendant, AliExpress, in the above-captioned matter.

Dated: January 10, 2025          Respectfully submitted,

    /s/ Caitlin P. Strauss
    Caitlin P. Strauss, Esq.
    Attorney I.D. 202769
    Saul Ewing LLP
    1500 Market Street - 38th Floor
    Philadelphia, PA 19102
    215-972-7153
    Caitlin.Strauss@saul.com
    *Attorney for Defendant AliExpress*

53712618.1 01/10/2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was filed *via the court's electronic filing system* and served via first class mail upon the following parties:

David J. Catanzaro
286 Upper Powderly St.
Carbondale, PA 18407
(570) 936-9262
davidjosephus@aol.com

USIMPRINTS
200 E Main Street – Suite 200-17
Franklin, TN  37064

PRICE US WHOLESALE
2240 East 17th Street
Brooklyn, NY 11229

WHOLESALE IN MOTION GROUP, INC.
2240 East 17th Street
Brooklyn, NY  11229

ANYPROMO, INC.
1511 East Holt Blvd.
Ontario, CA  91761

DHGATE
381 Brea Canyon Road
Walnut, CA  91789

Dated:  January 10, 2025            /s/ Caitlin P. Strauss
                                    Caitlin P. Strauss, Esq.