### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro<br><br>     Plaintiff,<br><br>v.<br><br>Walmart Stores, Inc., et al.<br><br>     Defendants. | Case No.: 3:22-cv-01768-JFS-DFB<br><br>Judge Joseph F. Saporito, Jr.<br>Referred to: Chief MJ Daryl F. Bloom |

### **ORDER**

And now this _____ day of _____ 2025, it is hereby ORDERED that Defendant AliExpress's Motion to Set Aside Clerk's Entry of Default [Docket 85] is hereby GRANTED.

                 _____
                 Saporito, J.

53713231.1