# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro<br>　　　　　　Plaintiff,<br><br>v.<br><br>Walmart Stores, Inc., et al.<br>　　　　　　Defendants. | Case No.: 3:22-cv-01768-JFS-DFB<br><br>Judge Joseph F. Saporito, Jr.<br>Referred to: Chief MJ Daryl F. Bloom |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>DEFENDANT ALIEXPRESS</u>

Please check one box:

☐　　The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐　　The nongovernmental corporate party, <u>AliExpress</u>,[1] in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: AliExpress International E-Commerce Pte. Ltd.

<u>January 13, 2025</u>　　　　　　　　　　　　　<u>/s/ Caitlin P. Strauss　　　　　　</u>
Date　　　　　　　　　　　　　　　　　　　　Caitlin P. Strauss
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Ali Express*

---

[1]　　The full name Defendant AliExpress is AliExpress E-Commerce One Pte. Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Corporate Disclosure Statement was filed via the court's electronic filing system and served via first class mail upon the following parties:

David J. Catanzaro
286 Upper Powderly St.
Carbondale, PA 18407
(570) 936-9262
davidjosephus@aol.com

USIMPRINTS
200 E Main Street – Suite 200-17
Franklin, TN  37064

PRICE US WHOLESALE
2240 East 17th Street
Brooklyn, NY 11229

WHOLESALE IN MOTION GROUP, INC.
2240 East 17th Street
Brooklyn, NY  11229

ANYPROMO, INC.
1511 East Holt Blvd.
Ontario, CA  91761

DHGATE
381 Brea Canyon Road
Walnut, CA  91789

/s Caitlin P. Strauss
Caitlin P. Strauss, Esquire

Dated:  January 13, 2025

37734360.1
53713040.1