IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> WALMART STORES, INC., ) <br> WALMART.COM, <br> ALIEXPRESS, ) <br> MICHAELS STORES, INC., <br> MSPCI, ) <br> WEGMANS FOOD MARKETS, INC., <br> AMAZON.COM, INC., ) <br> DIAMOND VISION INC., <br> CURRENT MEDIA GROUP INC., ) <br> USIMPRINTS, <br> STAPLES PROMOTIONAL PRODUCTS, ) <br> RAKUTEN AMERICAS, <br> PRICE US WHOLESALE, <br> BONANZA.COM, INC., ) <br> WHOLESALE IN MOTION GROUP, INC., <br> ANYPROMO INC., ) <br> DHGATE; <br> and DOES 1 THROUGH 50 ) <br> Defendants. ) | Case No. 3:22-cv-1768 <br><br> **Honorable Joseph F. Saporito, Jr.** <br><br> **Referred to: Chief Magistrate Judge Daryl F. Bloom** <br><br> JURY TRIAL DEMANDED |

**PROPOSED ORDER GRANTING PLAINTIFF'S OPPOSITION TO DEFENDANT ALIEXPRESS'S MOTION TO SET ASIDE THE CLERK'S ENTRY OF DEFAULT [ECF 85]**

Before the Court is the Plaintiff, David J. Catanzaro's Opposition to Defendant AliExpress's Motion to Set Aside the Clerk's Entry of Default [ECF 85]. After careful consideration of the motion, the opposition thereto, the record in this case, and the

applicable law, the Court finds that the motion to set aside the default should be denied.

ORDERED that the Plaintiff's Opposition to Defendant AliExpress's Motion to Set Aside the Clerk's Entry of Default is hereby GRANTED; and it is further

ORDERED that the Clerk's Entry of Default dated January 8, 2024, against Defendant AliExpress remains in full force and effect; and it is further

ORDERED that Defendant AliExpress is hereby precluded from filing further motions to set aside this default without substantial and new evidence warranting such consideration; and it is further

ORDERED that the case proceed on the merits of the Plaintiff's claims against the Defendant.

All relief not expressly granted herein is DENIED.

SO ORDERED.

_____
Joseph F. Saporito, Jr.
United States District Judge

IT IS on this day _____ of _____, 2025,