# EXHIBIT A

# AliExpress.com Privacy Policy

(Effective as of October 31, 2024) To see prior version, click here.

**Table of Contents**
A. COLLECTION OF INFORMATION
- Information That You Provide to Us
- Information That We Collect Automatically
- Information That We Receive From Third Parties

B. USE OF PERSONAL DATA
C. DISCLOSURE OR SHARING OF PERSONAL DATA
D. RETENTION
E. RIGHT. S REGARDING PERSONAL DATA
F. COOKIES
G. MINORS
H. SECURITY MEASURES
I. CHANGES TO THIS PRIVACY POLICY
J. VISITORS FROM THE EUROPEAN ECONOMIC AREA AND UK
- Legal Basis for Data Processing.
- Your Rights.

K. VISITORS FROM THE UNITED STATES
L. VISITORS FROM BRAZIL
- Legal Basis for Data Processing.
- Your Rights.

M. VISITORS FROM MEXICO
N. INTERNATIONAL TRANSFERS OF PERSONAL DATA
O. LANGUAGE
P. HOW TO CONTACT US.

We at AliExpress ("we", or "us") recognize the importance of privacy and confidentiality of personal information.

AliExpress.com ("**AliExpress**" or, the "**Platform**") is a business to consumer (or "**B2C**") platform which connects and facilitates sales and purchases between business sellers (or "**Sellers**") and consumer buyers (or "**Buyers**").

This Privacy Policy sets out the ways in which we collect, use and disclose information in connection with the operation of the Platform, including personal information about you, Platform users, visitors and representatives. This Privacy Policy also applies to the use of the Platform via your mobile device. Other Alibaba services are governed by separate Privacy Policies, please refer to the Privacy Policy applicable to those services.

Depending on your location, the entity responsible for the handing of your personal information is:

- **For users located in Mainland China**: If you are a registered member of the Platform, and you are from mainland China, you are contracting with Hangzhou Alibaba Advertising Co., Ltd.

- **For users located in the United States:** If you are a registered buyer of the Platform, and you are from United States, you are contracting with AliExpress E-Commerce One Pte. Ltd.; If you are a registered seller of the Platform, and you are from United States, you are contracting with AliExpress International (United States) Corporation.

- **For users located in Brazil:** Users in Brazil are contracting with Alibaba.com Singapore E-Commerce Private Limited (incorporated in Singapore with Company Reg. No. 200720572D).

- **For users located in South Korea:** Users in South Korea are contracting with Alibaba.com Singapore E-Commerce Private Limited (incorporated in Singapore with Company Reg. No. 200720572D). In this regard, for users who access or use the Platform in South Korea, AliExpress.com Privacy Policy shall apply, and the data controller of your personal information is the same as your contracting entity.

- **For users in other locations:** If you are a registered member of the Platform, and either (a) you are from a place other than mainland China, and United States; or (b) you access and use the Platform from any of the Relevant Jurisdictions, you are contracting with Alibaba.com Singapore E-Commerce Private Limited (incorporated in 51 Bras Basah Road, #01-21 Lazada One, Singapore 189554 with Company Reg. No. 200720572D). Notwithstanding anything to the contrary in the foregoing provisions in this section, if you are a registered member of AliExpress, and you are resident in or access and use the Platform from any of the Relevant Jurisdictions, your contract is with ALIEXPRESS CIS HOLDING PTE. LTD. (incorporated in Singapore with Company Reg. No. 201917627W). "**Relevant Jurisdictions**" shall mean the Russian Federation, Azerbaijan, Armenia, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Turkmenistan, Tajikistan and Uzbekistan. In this regard, for users who access or use the Platform from a Relevant Jurisdiction, the Privacy