# EXHIBIT B

Website:   https://www.alibabagroup.com

Webpage:   https://www.alibabagroup.com/en-US/about-alibaba-businesses

