# EXHIBIT C

# AliExpress

Alibaba Group US

- **Address:** 400 S El Camino Real #400, San Mateo, CA 94402, United States
- **Phone Number:** +1 408 785 5580
- **Key People:** DANIEL ZHANG

Aliexpress

400 S El Camino Real #400, San Mateo, CA 94402

**Law Office of Chen Yang (head attorney for Aliexpress** Alibaba Group US Office)
1658 Morgan St
Mountain View, CA 94043
**Contact:**  Chen Yang
**Title:**    Principal
**Phone:**    (312) 860-2347

- 

Left message for Yang on 11-15-22.  Spoke to Yang on 12 .5.22 and she hung up on me. Left message for alieExpress +1 408 785 5580  on 12/5/22