IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, ) | Case No. 3:22-cv-1768 |
| Plaintiff, ) | |
| ) | |
| VS. ) | Honorable Joseph F. Saporito, Jr. |
| WALMART STORES, INC., ) | |
| WALMART.COM, | **Referred to: Chief Magistrate Judge** |
| ALIEXPRESS, ) | **Daryl F. Bloom** |
| MICHAELS STORES, INC., | |
| MSPCI, ) | JURY TRIAL DEMANDED |
| WEGMANS FOOD MARKETS, INC., | |
| AMAZON.COM, INC., ) | |
| DIAMOND VISION INC., | |
| CURRENT MEDIA GROUP INC., ) | |
| USIMPRINTS, | |
| STAPLES PROMOTIONAL PRODUCTS, ) | |
| RAKUTEN AMERICAS, | |
| PRICE US WHOLESALE, | |
| BONANZA.COM, INC., ) | |
| WHOLESALE IN MOTION GROUP, INC., | |
| ANYPROMO INC., ) | |
| DHGATE; | |
| and DOES 1 THROUGH 50 ) | |
| Defendants. ) | |

Upon consideration of the Plaintiff's Opposition to Defendant AliExpress's Motion to Set Aside the Clerk's Entry of Default and Response in Opposition to Plaintiff's Motion for Default Judgment, the accompanying submissions by the parties, the record as it stands, and the applicable law,

**IT IS HEREBY ORDERED THAT:**

1. **Defendant AliExpress's Motion to Set Aside the Clerk's Entry of Default [ECF 85] is DENIED.** The Clerk's Entry of Default dated _____ against Defendant AliExpress remains in effect due to Defendant's failure to timely respond or otherwise defend against the claims set forth in the complaint.

2. **Plaintiff's Motion for Default Judgment [ECF 93] is GRANTED.** Judgment is entered in favor of Plaintiff David J. Catanzaro and against Defendant AliExpress as outlined in the Plaintiff's motion for default judgment.

3. **Costs and Attorneys' Fees:** Defendant AliExpress is ordered to pay the costs and attorneys' fees incurred by the Plaintiff in connection with the Defendant's Motion to Set Aside the Clerk's Entry of Default and related proceedings, as supported by a duly filed Bill of Costs and motion for attorneys' fees.

4. **Further Relief:** Any further relief not specifically granted herein is **DENIED**.

This Order resolves the outstanding motions related to the Clerk's Entry of Default and the Motion for Default Judgment. The case shall proceed accordingly.

**SO ORDERED.**

Dated: _____

By: _____
    Joseph F. Saporito, Jr.
    United States District Judge