# EXHIBIT D

Over the years, AliExpress has become a leading e-commerce platform serving consumers worldwide. It now operates in more than 100 countries and regions, attracting more than 150 million shoppers worldwide. The platform is constantly expanding its logistics network and working with local partners, which enables fast deliveries.

The platform saw a 60% year-over-year increase in order volume in the quarter ended December 31, 2023. While Similarweb data indicates AliExpress' monthly average visits in the U.S. soared to 24.2 million in 2023 – a 290% year-on-year spike, marking it as one of the nation's fastest-growing e-commerce sites.

Business owners can get started on AliExpress at **HERE**.

### # # #

### About AliExpress U.S. Consumer Insights Report

The research was conducted by **Censuswide**, among a sample of 2,000 nationally representative respondents across the U.S., aged 18+. The data was collected between October 24 and October 25, 2024. Censuswide abides by and employs members of the Market Research Society and follows the MRS code of conduct and ESOMAR principles. Censuswide is also a member of the British Polling Council.

**About AliExpress**

Launched in 2010, AliExpress is a business-to-consumer (B2C) e-commerce platform enabling global consumers to buy directly from manufacturers in China and around the world. In addition to the global English-language version, the AliExpress platform is also available in 15 other languages. AliExpress is part of Alibaba International Digital Commerce Group.

SOURCE AliExpress

WANT YOUR COMPANY'S NEWS

## FEATURED ON PRNEWSWIRE.COM?

## GET STARTED

| 440k+ | 9k+ | 270k+ |
|---|---|---|
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |