# EXHIBIT E

Open the Mac App Store to buy and download apps.

**AliExpress - Shopping App** [12+]
Better Choices, better prices
Alibaba
Designed for iPad
#9 in Shopping

Free

**Screenshots** iPad  iPhone

**App Store** Preview

Discover the ultimate shopping experience with the AliExpress shopping app! Explore millions of items, from tech gadgets to trendy fashion, all at amazing prices. Whether you're shopping for low price clothing, unique gifts, or everyday essentials, our diverse selection ensures you'll find exactly what you need. Enjoy a hassle-free shopping journey with our easy checkout process and secure payment options. With global shipping available, your favorite items will arrive right at your doorstep. Don't forget to take advantage of exclusive AliExpress offers and codes to maximize your savings. Download the AliExpress app today for iPad or iPhone and elevate your online shopping with confidence and convenience. Start your incredible shopping adventure now and enjoy affordable prices on quality items that suit every style and budget! Your go-to destination for online shopping is just a tap away.

**What's New**                                                                                                          Version History
Version 8.118.6
Get ready to enhance your shopping experience with our latest updates! We've revamped the AliExpress shopping app for speedy and effortless online shopping. Navigate easily to discover amazing deals on various items. Whether you're into fashion essentials, kids' clothing, or trendy styles, finding what you love is now quicker than ever! New to AliExpress? Our streamlined onboarding process makes your first shopping journey seamless. Dive into our expanded Choice section for even more options. Don't miss out on incredible savings—download the updated AliExpress app today and embrace a world of amazing bargains and fantastic finds! Our team has also implemented several bug fixes to ensure a smoother shopping experience. Enjoy improved performance and faster loading times as you explore the diverse range of products we offer. Happy shopping with the AliExpress app, where great deals are just a tap away!

**Ratings and Reviews**                                                                                                 See All

**4.7**
out of 5                                                                                                                445.5K Ratings

BooHinkus, 05/07/2024                             The Food Prep Revolution, 05/13/2023

**This is The Source**                            **Ordering from AE for around 10 years!**
I used to use another app to purchase a host of items but    I've been ordering for over close to a decade and each time
specifically for clothes (lingerie) for my significant other.   has been a wonderful experience. Any issues are usually
While looking for a unique style outfit at a better price then  cleared up by seller fast and without much fuss. Only had a
what I found it for at a major primary Internet Retailer I  more   few orders that were ridiculous and tiny such as stationery

**Events**                                                                                                              See All

HAPPENING NOW                                     HAPPENING NOW



**App Privacy**                                                                                                         See Details

The developer, Alibaba, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

