# EXHIBIT F

Culture and Values    Milestones    Leadership    Our Businesses

# More Than Two Decades of Track Record of Innovation

Culture and Values    Milestones    Leadership    Our Businesses

## Culture and Values

### Mission

To make it easy to do business anywhere

### Vision

We aspire to be a good company that will last for 102 years. We envision that our customers will meet, work and live at Alibaba.

### Values

Customers first, employees second, shareholders third

Trust makes everything simple

Change is the only constant

Today's best performance is tomorrow's baseline

If not now, when? If not me, who?

Live seriously, work happily

## Milestones

Alibaba Group was established in 1999 by 18 people led by Jack Ma, a former English teacher from Hangzhou, China. From the outset, the company's founders shared a belief that the Internet would level the playing field by enabling small enterprises to leverage innovation and technology to grow and compete more effectively in the domestic and global economies. Since launching its first website helping small and medium-sized enterprises in China to sell internationally, Alibaba is a holding company of six major business groups: Taobao and Tmall Group, Cloud Intelligence Group, Alibaba International Digital Commerce Group, Cainiao Smart Logistics Network Limited, Local Services Group and Digital Media and Entertainment Group, along with various other businesses.

| | | |
|---|---|---|
| March | Taobao introduces Juhuasuan, a sales and marketing platform for flash sales. | |
| April | One of Alibaba's global consumer marketplaces, AliExpress, is launched. | |
| May | Alibaba Group announces that it will earmark 0.3% of its annual revenue to fund efforts designed to spur environmental awareness and conservation in China and around the world. | |