THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff, <br><br> v. <br><br> LYKART TECHNOLOGIES LLC, ET AL., <br><br> Defendants. | Case No. 3:22-cv-1768-JFS-PJC <br><br> Judge Joseph F. Saporito, Jr. <br><br> Referred to: Phillip J. Caraballo <br><br> JURY TRIAL DEMANDED |

FILED
SCRANTON
JUL 31 2025
PER_____
DEPUTY CLERK

## MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MANDAMUS PETITION

Plaintiff David J. Catanzaro respectfully moves this Honorable Court to stay all proceedings in the above-captioned case pending resolution of a Petition for Writ of Mandamus, which was mailed via overnight express service to the United States Court of Appeals for the Third Circuit on July 31, 2025.

This requested stay is intended to preserve judicial resources and avoid compounding prejudice during the appellate review period. As explained in the Mandamus Petition, Plaintiff has raised serious concerns regarding extended judicial inaction, unresolved dispositive motions, and factual inaccuracies affecting the fair administration of this case and its related action, *Catanzaro v. Walmart, et al.*, Case No. 3:22-cv-01768.

In the interest of judicial economy, Plaintiff respectfully requests that this Court suspend further proceedings—including the issuance of any rulings or scheduling orders—until the Third Circuit has acted on the mandamus petition.

The filing of this Motion is time-sensitive and intended to preserve appellate integrity, as **the mandamus petition expressly noted that Plaintiff would be filing this Motion to Stay on this day.**

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, Plaintiff **David J. Catanzaro** hereby certifies that concurrence in the foregoing **Motion to Stay Proceedings Pending Resolution of Mandamus Petition** was not sought from Defendants, as all remaining Defendants are in default.

Date July 31, 2025

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>         Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES<br>LLC, ET AL.,<br><br>         Defendants. | Case No. 3:22-cv-1768-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER STAYING PROCEEDINGS

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiff's Motion to Stay Proceedings Pending Resolution of Mandamus Petition, and for good cause shown, IT IS HEREBY ORDERED that:

1. All proceedings in the above-captioned matter are STAYED pending resolution of the mandamus petition currently before the United States Court of Appeals for the Third Circuit.

2. The Court will resume proceedings upon notice from the Third Circuit regarding disposition of the petition.

IT IS SO ORDERED.

                                        BY THE COURT:

                                        _____
                                        Phillip J. Caraballo
                                        Magistrate Judge