UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| | : No. 3:22-CV-1768 |
| Plaintiff | : |
| | : (Saporito, J.) |
| v. | : |
| | : (Caraballo, M.J.) |
| ALIEXPRESS, et al., | : |
| | : |
| Defendants | : |

# ORDER

On July 31, 2025, Plaintiff filed a Motion to Stay Proceedings pending resolution of a Mandamus Petition before the United States Court of Appeals for the Third Circuit. Doc. 124. The Court has now received confirmation from the Court of Appeals that the Mandamus Petition has been received and docketed. *See* No. 25-2512. Moreover, the Court of Appeals has requested briefing from Plaintiff on whether the Mandamus Petition should be dismissed or transferred to the United States Court of Appeals for the Federal Circuit. *Id.* at Doc. 3.

Accordingly, this 15th day of August 2025, IT IS HEREBY ORDERED that the Plaintiff's Motion to Stay Proceedings (Doc. 124) is

GRANTED and the above-captioned action is STAYED pending resolution of the Mandamus Petition.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE