**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID J. CATANZARO,** | : | **No. 3:22-CV-1768** |
| | : | |
| **Plaintiff** | : | **(Saporito, J.)** |
| | : | |
| **v.** | : | **(Caraballo, M.J.)** |
| | : | |
| **ALIEXPRESS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Doc. 148, it is **ORDERED** that:

1. Defendant AliExpress's Motion to Set Aside Default (Doc. 97) is **GRANTED**, and the clerk's default as to AliExpress (Doc. 85) is **SET ASIDE**;

2. Plaintiff David J. Catanzaro's Motion for Default Judgment (Doc. 93) is **DENIED IN PART AS MOOT**. Specifically, the motion is denied as to AliExpress only; the motion for default judgment against other defendants will be addressed by separate order;

3. Catanzaro's Motion for Sanctions (Doc. 141) is **DENIED**;

4. The parties are directed to comply with the Local Rules of this court in all future filings; and

5. By **July 20, 2026**, AliExpress shall file a notice advising whether it has been served with process in this matter, has waived service, or is willing to waive service. Service may be waived by docketing the service waiver attached to this Order.

Date: July 13, 2026

s/ Phillip J. Caraballo
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE